Case 1:12-cr-10349-PBS Document 1 Filed 11/13/12 Page 1 of 3

12cr10349

FILED
IN CLERKS OFFICE

2012 NOV 13 A 9:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) -- |
| | ) | Felon in Possession of a |
| ALBERTO MORENO, | ) | Firearm and Ammunition |
| Defendant | ) | |
| | ) | 18 U.S.C. § 924(d) and |
| | ) | 28 U.S.C. § 2461(c) -- |
| | ) | Criminal Forfeiture Allegation |

**INFORMATION**

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The United States Attorney charges that:

On or about July 11, 2011, at Methuen, in the District of Massachusetts,

**ALBERTO MORENO,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Bursa model Thunder .380 caliber semi-automatic pistol, bearing serial number 457749, containing six rounds of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
### (18 U.S.C. §924(d) and 28 U.S.C. §2461(c))

The United States Attorney further charges that:

1. Upon conviction of the offense alleged in Count 1,

**ALBERTO MORENO,**

the defendant herein, shall forfeit to the United States the firearm and ammunition involved in the commission of the offense, including but not limited to the following:

    (a) a Bursa model Thunder .380 caliber semi-automatic pistol, bearing serial number 457749, containing six rounds of ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
CHRISTOPHER POHL
Assistant U.S. Attorney